Charles **NIEDERSCHULTE**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 45206.**

Missouri Court of Appeals, Western District.

Aug. 18, 1992.

Gary E. Brotherton, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of a Rule 29.15 motion for postconviction relief, without an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).